UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jane Doe, for herself and as next friend to her minor child, Minor Doe,

                Plaintiffs,

v.

Southfield Public Schools, *et al.*,

                Defendants.

_____/

Case No. 24-10760

Judith E. Levy
United States District Judge

Mag. Judge Kimberly G. Altman

## ORDER CORRECTING THE DOCKET

Plaintiffs Jane Doe and Minor Doe filed the complaint in this matter on March 25, 2024. (ECF No. 1.) On March 29, 2024, the Court entered an order to supplement the record. (ECF No. 4.) Part of this order asked Plaintiffs to clarify, in writing, if they intended to include a "Minor Doe" as a Defendant, as indicated on the docket. In response, Plaintiffs filed a notice on April 1, 2024, stating that "Minor Doe should have been listed on the CM/ECF as a plaintiff and not defendant." (ECF No. 6, PageID.144.) Plaintiffs "request[] that the Court clerk correct the docket to reflect the same." (*Id.*)

The Court has reviewed Plaintiffs' notice. Accordingly, the Court directs the Clerk to terminate Minor Doe as a Defendant, correct Plaintiff Jane Doe's party text to "individually and as next friend to her minor child, Minor Doe," and add Minor Doe as a Plaintiff.

IT IS SO ORDERED.

Dated: April 5, 2024　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 5, 2024.

　　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　　Case Manager