# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Jane Doe, for herself and as next friend to her minor child, Minor Doe, | Case No. 24-10760 |
| Plaintiffs, | Judith E. Levy<br>United States District Judge |
| v. | Mag. Judge Kimberly G. Altman |
| Southfield Public Schools, *et al.*, | |
| Defendants. | |
| _____/ | |

## ORDER DENYING PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION [10]

Before the Court is Plaintiffs' renewed motion for preliminary injunction. (ECF No. 10.) On May 29, 2024, the Court held a hearing and heard oral argument on Plaintiffs' motion. For the reasons set forth on the record, Plaintiffs' motion is DENIED.

IT IS SO ORDERED.

Dated: May 30, 2024　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 30, 2024.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
